UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY D. CRAIN** | **CIVIL ACTION NO. 15-1777** |
| **VERSUS** | **JUDGE:  MILAZZO** |
| **SCHLUMBERGER TECHNOLOGY CORPORATION** | **MAGISTRATE:  WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND/OR REVISION OF ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PURSUANT TO FRCP RULE 54(b)**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Gregory D. Crain, who respectfully moves this Court for reconsideration and/or revision of order on Defendant's Motion for Summary Judgment, Pursuant to FRCP Rule 54(b), for the reasons set forth in the attached Memorandum.

        Respectfully submitted,

        _/s/ Lisa Brener_____
        Lisa Brener, T.A. (#1809)
        Chelsea B. Cusimano
        Brener Law Firm, LLC
        3640 Magazine Street
        New Orleans, LA  70115
        (504) 302-7802
        lbrener@brenerlawfirm.com

        *Attorneys for Plaintiff, Gregory D. Crain*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2016, a copy of the foregoing has been served upon all counsel of record in this action via electronic service through the Court's CM/ECF system.

      /s/Lisa Brener                            
Lisa Brener

Joseph R. Ward III
Rachel E. Linzy
The Kullman Firm
1100 Poydras Street, Suite 1600
New Orleans, LA 70163