UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY D CRAIN | CIVIL ACTION |
| VERSUS | NO. 15-1777 |
| SCHLUMBERGER TECHNOLOGY CORPORATION | SECTION "H"(2) |

## JUDGMENT

Considering the verdict of the jury rendered on October 4, 2016,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiff, Gregory D Crain, and against Defendant, Schlumberger Technology Corporation in the amount of $77,007.00.

New Orleans, Louisiana, this 4th day of October, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE