UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY D. CRAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1777** |
| **SCHLUMBERGER TECHNOLOGY CORPORATION** | **SECTION "H" (2)** |

## AMENDED JUDGMENT

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of plaintiff, Gregory D. Crain, and against defendant Schlumberger Technology Corporation, in the amount $77,007.00 in damages and $77,007.00 in liquidated damages, plus interest.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of plaintiff, Gregory D. Crain, and against defendant, Schlumberger Technology Corporation, in the amount of $85,815.10 in reasonable attorney's fees and $3,256.74 in reasonable costs.

New Orleans, Louisiana, this 30th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE